IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action **No. 11-cv-03267-AP**

**DAVID SCHERER** and **MICHAEL BEAN,**

      Plaintiffs,

v.

**DANIEL JIRON**, Regional Forester, Region 2, United States Forest Service; and
**UNITED STATES FOREST SERVICE**,

      Defendants.

---

**ORDER**

---

Kane, J.

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties' stipulated dismissal of this matter with prejudice took effect upon filing. Accordingly, no court order is required to achieve that end. To the extent the parties seek assurance that I will retain jurisdiction over this matter to enforce the terms of their settlement agreement, however, their motion is GRANTED.

      Dated: July 9, 2012                  BY THE COURT:

                                                          **/s/ John L. Kane**
                                                          Senior U.S. District Court Judge